

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
    JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

February 14, 2024

12TH Court Of Appeals Clerk
1517 W. Front, Room 354
Tyler, TX 75701
* Delivered Via E-Mail *

District Clerk Smith County
100 N. Broadway, Ste. 204
Tyler, TX 75702
* Delivered Via E-Mail *

**Re:**  Moffitt, Jeremy Christian
**CCA No.**  WR-95,135-01
**Trial Court Case No.**  114-0071-21-A

     The court has issued an opinion on the above referenced cause number.

                              Sincerely,

                              *Deana Williamson*

                              Deana Williamson, Clerk

     cc:    Presiding Judge 114th District Court (Delivered Via E-Mail)
            District Attorney Smith County (Delivered Via E-Mail)
            James W. Huggler Jr. (Delivered Via E-Mail)
            Jeremy Christian Moffitt
            Brittney Losack (Delivered Via E-Mail)
            Kristen Worman (Delivered Via E-Mail)
            Bettie Louise Wells (Delivered Via E-Mail)
            Timothy Fitzpatrick (Delivered Via E-Mail)